1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone:  (626) 685-9800
   Facsimile:  (626) 685-9808
6  Attorneys for Plaintiff

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                      )   Case Specific Number C 07-4816
                                        )
14  IN RE: BEXTRA AND CELEBREX          )
    MARKETING SALES PRACTICES AND       )
15  PRODUCT LIABILITY LITIGATION        )   MDL NO. 1699
                                        )   District Judge:  Charles R. Breyer
16                                      )
17  LONNY BREYMAN,                      )
                                        )
18                    Plaintiffs,       )   STIPULATION AND ORDER OF
              vs.                       )   DISMISSAL WITH PREJUDICE
19  Pfizer, Inc., et al.                )
                                        )
20                    Defendants.       )
21

22         Come now the Plaintiff, LONNY BREYMAN and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

    stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
24
    fees and costs.
25

26  DATED: May 4, 2009      By: _____
27                               Hector G. Gancedo

28
                            Attorneys for Plaintiff, Lonny Breyman

                                       -1-

DATED: June 2, 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009          _____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**